OFFICE OF THE GENERAL COUNSEL
9200 Oakdale Avenue, 7th Floor
Mail Stop N110701
Chatsworth, California 91311

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE P. GEOFFROY AND ALICE MACK,<br><br>                    Plaintiff,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK,<br><br>                    Defendants. | Case No. 06CV 1732 BEN WMc<br><br>**ORDER GRANTING LEAVE FOR DEFENDANT, WASHINGTON MUTUAL, TO FILE AN AMENDED ANSWER AND TAKING PLAINTIFFS' MOTION TO STRIKE OFF CALENDAR  [D.E. 21,  27]** |

# ORDER

Pursuant to the parties Joint Motion and Stipulation, and good cause appearing therefore,

Defendant Washington Mutual Bank shall file an amended answer to Plaintiffs' Complaint by **July 11, 2007**.  Plaintiffs retain their right to file a Motion to Strike the amended answer.  The July 11, 2007, hearing date for Plaintiffs' pending Motion to Strike (Doc. No. 21) is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: July 2, 2007

_____
Hon. Roger T. Benitez
U.S. District Judge
United States District Court

200412 v1          05/21/2007 5:05 PM