FILED
07 SEP -7 AM 11: 52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE P. GEOFFROY AND ALICE MACK,<br><br>PLAINTIFFS,<br><br>V.<br><br>WASHINGTON MUTUAL BANK,<br><br>DEFENDANT. | Case No.: 06CV1732 BEN (WMc)<br><br>ORDER |

1. Having shown good cause, Plaintiff's Motion To File An Amended Complaint is granted.

IT IS SO ORDERED.

DATED: 9/05/07

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE