# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE P. GEOFFROY and ALICE MACK, | CASE NO. 06cv1732 JM(WMC) |
| Plaintiffs, | ORDER DENYING JOINT MOTION TO FILE AMENDED COMPLAINT; SCHEDULING ORDER |
| vs. | |
| WASHINGTON MUTUAL BANK, | |
| Defendant. | |
| WASHINGTON MUTUAL BANK, | |
| Third-Party Plaintiff, | |
| vs. | |
| JEANAN MCCULLOUGH, | |
| Third-Party Defendant. | |

The court denies as moot the joint motion of the parties to file Plaintiffs' Second Amended Complaint ("SAC"). On March 26, 2007 the court granted Plaintiffs 15 days leave to amend. As the time period for filing the SAC has yet to expire, the motion is denied as moot.

The court also vacates the pretrial conference and trial dates and sets a telephonic status conference before Magistrate Judge McCurine at 10:30 a.m. on Friday, April 11,

2008. At the status conference Magistrate McCurine will recalendar the pretrial and trial dates and address any other issue pertinent to preparing the case for trial.

**IT IS SO ORDERED.**

DATED: April 8, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties
    Magistrate Judge McCurine